## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan Bell aka Ryan B Bell
       Kasie Jones

                Debtor

CHAPTER 7

BKY. NO. 19-13072 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

          Respectfully submitted,
          **/s/ Kevin G. McDonald, Esq.**
          Kevin G. McDonald, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322