### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RYAN BELL : | CASE NO.:  19 – 13072-MDC | |
| KASIE JONES : | | |
| : | | |
| Debtors. : | CHAPTER 7 | |

| | | |
|---|---|---|
| RYAN BELL, : | | |
| KASIE JONES. : | | |
| : | MOTION FOR REDEMPTION | |
| Movants, : | 11 U.S.C § 722 | |
| : | | |
| v. : | HEARING DATE: August 7, 2019 | |
| : | HEARING TIME: 12:30 pm | |
| TOYOTA MOTOR CREDIT : | HEARING PLACE: Courtroom No. 1 | |
| PO BOX 9786 : | Third Floor, The Madison Building | |
| Cedar Rapids, IA 52409 : | 400 Washington Street | |
| : | Reading, PA 19601 | |
| : | | |
| Respondent. : | | |

### ORDER GRANTING REDEMPTION AND APPROVAL
### OF ASSOCIATED FINANCING AND ATTORNEY FEES

Upon the motion of the Debtor (s) and upon stipulation of the parties, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

    Year 2016        Make Ford        Model Fusion    VIN # 3FA6P0H96GR189813

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $11,825.

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within five (5) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable governmental agency shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

Dated: August 13, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE