United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-13072-mdc
Ryan Bell                                                                         Chapter 7
Kasie Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR              Page 1 of 1           Date Rcvd: Aug 14, 2019
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
jdb             #+Kasie Jones,    161 Spring St.,    Nazareth, PA 18064-2631
cr              +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                  610 York Road, Suite 200,    Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
              PATRICK J. BEST    on behalf of Joint Debtor Kasie   Jones patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              PATRICK J. BEST    on behalf of Debtor Ryan   Bell patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RYAN BELL | : | CASE NO.: 19 – 13072-MDC |
| KASIE JONES | : | |
| | : | |
| Debtors. | : | CHAPTER 7 |

---

| | | |
|---|---|---|
| RYAN BELL, | : | |
| KASIE JONES. | : | |
| | : | MOTION FOR REDEMPTION |
| Movants, | : | 11 U.S.C § 722 |
| | : | |
| v. | : | **HEARING DATE: August 7, 2019** |
| | : | **HEARING TIME: 12:30 pm** |
| TOYOTA MOTOR CREDIT | : | **HEARING PLACE: Courtroom No. 1** |
| PO BOX 9786 | : | **Third Floor, The Madison Building** |
| Cedar Rapids, IA 52409 | : | **400 Washington Street** |
| | : | **Reading, PA 19601** |
| | : | |
| Respondent. | : | |

**ORDER GRANTING REDEMPTION AND APPROVAL**
**OF ASSOCIATED FINANCING AND ATTORNEY FEES**

      Upon the motion of the Debtor (s) and upon stipulation of the parties, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

        Year 2016       Make Ford       Model Fusion    VIN # 3FA6P0H96GR189813

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $11,825.

**IT HEREBY ORDERED,**

    **1.** That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
    **2.** Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within five (5) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable governmental agency shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

Dated: August 13, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE